UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIM. NO. 3:03CR234(JCH) |
| THOMAS DURHAM : | NOVEMBER 22, 2004 |

### WAIVER OF RIGHT TO SPEEDY SENTENCING

I, Thomas Durham, hereby waive my rights to a speedy sentencing in the above-captioned matter, and respectfully request that sentencing be continued from November 22, 2004 until on or about January 7, 2005.

_____   NOV-19-04
Thomas Durham                    Date

_____   11/22/04
Paul F. Thomas                       Date
Asst. Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT 06510
(203) 498-4200
Bar No. ct05450

### CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing WAIVER OF SPEEDY SENTENCING has been mailed to John H. Durham, Deputy United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 22d day of November, 2004.

_____
Paul F. Thomas