UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| vs. : | CRIM. NO. 3:03CR234(JCH) |
| THOMAS DURHAM : | JANUARY 7, 2005 |

## WAIVER OF RIGHT TO SPEEDY SENTENCING

I, Thomas Durham, hereby waive my rights to a speedy sentencing in the above-captioned matter, and respectfully request that sentencing be continued from January 10, 2005 until on or about February 10, 2005.

_____        1-7-05
Thomas Durham                                            Date

_____        1/7/05
Paul F. Thomas                                              Date
Asst. Federal Defender
2 Whitney Avenue, Suite 300
New Haven, CT  06510
(203) 498-4200
Bar No. ct05450


CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing WAIVER OF SPEEDY SENTENCING has been mailed to John H. Durham, Deputy United States Attorney, P.O. Box 1824, New Haven, CT 06508, on this 7th day of Janaury, 2005.

_____
Paul F. Thomas