UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                                    CRIMINAL ACTION NO.

THOMAS DURHAM,                                          3:03CR00234  (JCH)
         Defendant.

MARCH 28, 2008

### ORDER TO SHOW CAUSE

The United States of America is hereby ORDERED to SHOW CAUSE by April 18, 2008, why the defendant's sentence should not be reduced pursuant to 18 U.S.C. § 3562(c)(2) and (994(u), and if it should, to what term.

The court has not yet determined to re-sentence, and so invites counsel for defendant to file a response in support of such an amended judgment no later than May 2, 2008.

Counsel are directed to confer before April 18, 2008, and if the government and the defendant are in agreement, to report such to the court by April 18, 2008.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 28th day of March, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　／S/ Janet C. Hall
　　　　　　　　　　　　　　　　　　　　　　　　Janet C. Hall
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court