UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No. 3:03CR234 (JCH) |
| | : | |
| v. | : | April 11, 2008 |
| | : | |
| THOMAS DURHAM, a.k.a. "TD" | : | |

## GOVERNMENT'S RESPONSE TO ORDER TO SHOW CAUSE

Comes now the United States, by and through its undersigned counsel, to respond to the Order to Show Cause issued in the above-captioned matter on March 28, 2008. In response to said Order to Show Cause, the Government respectfully notes the following:

1. The Court's March 28, 2008 Order requires the Government to show cause why the defendant's sentence should not be reduced pursuant to 18 U.S.C. §§ 3582(c)(2) and 994(u), and if it should, to what term;

2. The Order further requires that counsel for the Government and the defense confer on the matter prior to April 18, 2008;

3. Finally, the Order requires that a report be filed by the Government with the Court on or before April 18, 2008.

With respect to the provisions of the March 28, 2008 Order, the Government respectfully reports the following:

4. Undersigned counsel for the Government and counsel for the defendant, Paul Thomas, Federal Public Defender, have conferred regarding the propriety of a reduced sentence being imposed pursuant to §§ 3582(c)(2) and 994(u);

5. The Government and the defense are in agreement that the provisions of 18 U.S.C.

§ 3582 are applicable in this case, and, therefore, the imposition of a reduced sentence is appropriate;

6. Under Application Note 3 of U.S.S.G. § 1B1.1.10 "[w]hen the original sentence represented a downward departure, a comparable reduction below the amended guideline range may be appropriate; however, in no case shall the term of imprisonment be reduced below time served. Subject to these limitation, the sentencing court has the discretion to determine whether, and to what extent, to reduce a term of imprisonment under this section."

7. The parties are in agreement, pursuant to the above-referenced Application Note, that the § 3582c)(2) reduction in this case from the revised Guidelines imprisonment range of 155 to 188 months should be at the same proportion as the original departure from the original Guidelines imprisonment range of 188 to 235 months reflected in the defendant's original sentence of ninety-five (95) months' incarceration.

8. Counsel for the defendant Thomas Durham has advised that the defendant is in agreement with the foregoing facts, circumstances, and recommendations regarding a reduction in the sentence originally imposed in this case.

Respectfully Submitted,

NORA R. DANNEHY
UNITED STATES ATTORNEY

/s/ John H. Durham

JOHN H. DURHAM
COUNSEL TO THE U.S. ATTORNEY
ct05087
157 Church Street, 23rd Flr.
New Haven, CT 06510
(203) 821-3700

**C E R T I F I C A T I O N**

    I hereby certify that on April 11, 2008, the foregoing Government's Response to Order to Show Cause was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

        /s/ John H. Durham
        _____
        JOHN H. DURHAM