UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Cr. No. 3:03CR234 (JCH) |
| | : | |
| v. | : | April 23, 2008 |
| | : | |
| THOMAS DURHAM, a.k.a. "TD" | : | |

## GOVERNMENT'S MOTION TO CONTINUE HEARING

Comes now the United States, by and through the undersigned Attorney, to request that oral argument regarding the Order to Show Cause in the above-entitled matter be continued from May 2, 2008 to the morning of June 20, 2008.  In support of this motion, the undersigned, who is responsible for the instant prosecution,  respectfully represents that he is obligated to be outside the District of Connecticut on official business on the date set by the Court for the oral argument.

Opposing counsel has been notified of this request to continue and the proposed new date for the hearing.  Counsel has advised that he has no objection to either the continuance or the proposed new date.

Respectfully submitted,

NORA R. DANNEHY
UNITED STATES ATTORNEY

/s/ John H. Durham
JOHN H. DURHAM
COUNSEL TO THE U.S. ATTORNEY
Bar No. ct05087
New Haven, CT   06510
(203) 821-3700

## CERTIFICATION OF SERVICE

I hereby certify that on April 23, 2008, the foregoing Government's Motion to Continue Hearing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.


/s/ John H. Durham

JOHN H. DURHAM
COUNSEL TO THE U.S. ATTORNEY