UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIM. NO.  3:03CR234(JCH) |
| | : | |
| THOMAS DURHAM | : | MAY 2, 2008 |
| | : | |

**REQUEST FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

The defendant, Thomas Durham, hereby requests leave to file the accompanying document under seal.  In support of this Motion, defendant states that the filing of this document under seal is in the interest of justice as the document contains confidential information.

        Respectfully submitted,

        THE DEFENDANT,
        THOMAS DURHAM

        THOMAS G. DENNIS
        FEDERAL DEFENDER

Dated:  MAY 2, 2008

        Paul F. Thomas
        Asst. Federal Defender
        2 Whitney Ave., Suite 300
        New Haven, CT  06510
        Bar No. ct01724
        (203) 498-4200

CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing Motion has been mailed to John H. Durham, Deputy United States Attorney, United States Attorney's Office, New Haven, CT 06508  on this 2nd day of May 2008.

        Paul F. Thomas